IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JUSTIN GREER,

    Plaintiff,

v.                                        Case No. 2:19-cv-02525-MSN-tmp

CUMMINS, INC.,

    Defendant.

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed August 12, 2019, as amended on May 26, 2020, (ECF No. 31),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment, docketed July 01, 2022, (ECF No. 70), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 01, 2022
Date